KIMBERLY A. KRALOWEC (Cal. Bar No. 163158)
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, Ca 94105
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com

LEE S. SHALOV (admitted *pro hac vice*)
BRETT GALLAWAY (admitted *pro hac vice*)
WADE WILKINSON (admitted *pro hac vice*)
Mclaughlin & Stern, LLP
260 Madison Avenue
New York, Ny 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
lshalov@mclaughlinstern.com
bgallaway@mclaughlinstern.com

LOUIS GINSBERG (admitted *pro hac vice*)
LAW FIRM OF LOUIS GINSBERG, P.C.
1613 Northern Blvd.
Roslyn, Ny 11576
Telephone: (516) 625-0105 X.13
lg@louisginsberglawoffices.com

*Attorneys for Plaintiffs Amanda Frlekin, Dean Pelle,
Adam Kilker, Brandon Fisher and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN and DEAN PELLE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 13-cv-3451-WHA<br><br>**RESPONSE TO ORDER TO SHOW CAUSE, STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND CONSOLIDATION OF ACTIONS AND [PROPOSED] ORDER** |
| ADAM KILKER and BRANDON FISHER on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 13-cv-3775-WHA |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the above parties, as follows:

1) Plaintiffs in the action captioned *Frlekin v. Apple, Inc.*, Case No. 13-cv-3451-WHA (the "*Frlekin* action") shall file their First Amended Complaint, a copy of which is attached hereto as Exhibit A, within 5 days of the Court's issuance of the Order on this stipulation.

2) The new caption in the *Frlekin* action shall be:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRLEKIN, DEAN PELLE, ADAM KILKER and BRANDON FISHER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 13-cv-3451-WHA |

3) Defendant shall file its Answer to the First Amended Complaint within 21 days from date that the First Amended Complaint is filed.

4) The *Frlekin* action and the action captioned *Kilker v. Apple, Inc.*, Case No. 13-cv-3775-WHA (the "*Kilker* action") are hereby consolidated for pretrial and trial proceedings before this Court pursuant to Federal Rule 42(a).

5) All future filings in the actions shall be filed only in the *Frlekin* action with the *Frlekin* action case number and the *Frlekin* action caption.

6) The parties shall be governed by the Case Management Order in the *Frlekin* action entered by the Court on October 17, 2013.

7) Apple has separately filed a motion to consolidate the *Frlekin* and *Kilker* actions with the *Taylor Kalin v. Apple, Inc.* lawsuit, Northern District of California, Case No. 13-CV-

04727-WHA. Nothing in this Stipulation is intended to modify or limit Apple's motion to also have the *Kalin* lawsuit consolidated.

| MCLAUGHLIN STERN, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| By: *[signature]* <br> Lee S. Shalov <br> Brett R. Gallaway <br> Wade Wilkinson <br> 260 Madison Avenue <br> New York, New York 10016 <br> (212) 448-1100 | By: _____ <br> Lara Strauss <br> 501 W. Broadway <br> San Diego, California 92101 <br> (619) 232-0441 <br><br> *Attorneys for Defendant Apple Inc.* |

-and-

Law Firm Of Louis Ginsberg, P.C.
1613 Northern Blvd.
Roslyn, New York 11576
Telephone: (516) 625-0105

-and-

The Kralowec Law Group
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:    (415) 546-6800

*Attorneys for Plaintiffs and the Proposed Classes*

[PROPOSED] ORDER

Good cause appearing, the parties' stipulation regarding filing of the Amended Complaint and consolidation of the actions is adopted and IT IS SO ORDERED.

Dated: December 13 2013

_____
WILLIAM H. ALSUP
United States District Court Judge